TUG HILL CONSTRUCTION, INC., Appellant,

v.

John M. McHUGH, Secretary of the Army, Appellee.

No. 2015–1320.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2015.

Brian Raymond Dugdale, Varela, Lee, Metz & Guarino LLP, Tysons Corner, VA, argued for appellant. Also represented by Rae Deanna Mueller.

Peter Anthony Gwynne, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Steven J. Gillingham, Dawn–Carole Harris, Cindy E. Shimokusu, Charles L. Webster III, United States Army Corps of Engineers, Fort Worth, TX.

PROST, Chief Judge, REYNA, Circuit Judge, and STARK, Chief District Judge.*

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

---

* Honorable Leonard P. Stark, Chief District Judge, United States District Court for the District of Delaware, sitting by designation.

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**